# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
(Filed:  May 17, 2016)

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | UNPUBLISHED |
| ERIC G. CRAVER, | * | |
| | * | No. 15-1519V |
| Petitioner, | * | |
| | * | |
| v. | * | Chief Special Master Dorsey |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | DTap; Stipulation for Dismissal; Insufficient |
| | * | Proof. |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * | * | |

Nancy Routh Meyers, Ward Black Law, Greensboro, NC, for petitioner.
Gordon Elliot Shemin, U.S. Department of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS

On May 16, 2016, the parties filed a Stipulation of Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21 (a), the above-captioned case is hereby **dismissed without prejudice**.  The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).


**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master